# United States Court of Appeals
# for the Fifth Circuit

_____

No. 23-50251
Summary Calendar

_____

United States Court of Appeals
Fifth Circuit

**FILED**
November 27, 2023

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Jose De Jesus Rangel Hernandez,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 6:22-CR-200-1

_____

Before Higginbotham, Stewart, and Southwick, *Circuit Judges*.
Per Curiam:[*]

Jose de Jesus Rangel Hernandez appeals his conviction and sentence for illegal reentry into the United States after removal. Hernandez argues that 8 U.S.C. § 1326(b) is unconstitutional. He acknowledges that his argument is foreclosed by *Almendarez-Torres v. United States*, 523 U.S. 224 (1998), but he contends it has been called into doubt by later decisions, and

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 23-50251

he seeks to preserve the issue for Supreme Court review. He has filed an unopposed motion for summary disposition.

We have held that subsequent Supreme Court decisions, such as *Alleyne v. United States*, 570 U.S. 99 (2013), and *Apprendi v. New Jersey*, 530 U.S. 466 (2000), did not overrule *Almendarez-Torres*. *See United States v. Pervis*, 937 F.3d 546, 553-54 (5th Cir. 2019). Accordingly, Hernandez is correct that his argument is foreclosed, and summary disposition is appropriate. *See Groendyke Transp., Inc. v. Davis*, 406 F.2d 1158, 1162 (5th Cir. 1969).

IT IS ORDERED that Hernandez's motion is GRANTED, and the district court's judgment is AFFIRMED.